AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-MJ-311 | Date and time warrant executed: 7/16/2020 0600 | Copy of warrant and inventory left with: Spencer Russell |
| Inventory made in the presence of: FBI SA Caitlin Bowdler | | |

Inventory of the property taken and name of any person(s) seized:
Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.

See attached two pages.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/3/21

*Executing officer's signature*

James Shields, SSA
*Printed name and title*

| Collected On | Acquistion Event | Description |
|---|---|---|
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Split from 1B2, B/C: E6701665; Wrappings |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cashout Vouchers from Item #3, Item #14 and Item #22. |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 21: One (1) Wescom account number and withdrawal slip |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 81: One (1) SanDisk thumb drive |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 80: One (1) California Driver License Y6177999 in the name of Andrew Justin Marnell |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 78: Ducati paperwork, One (1) white sheet of paper with writing and Harrah's receipt |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 77: One (1) Lenovo ThinkPad 3 Dock gen, One (1) Lenovo charger/adaptor and One (1) Lenovo charger 65w |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 76: Dated and initialed money bands |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 74: Documents with written notes |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 73: Casino records |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 71: One (1) United States Passport in the name of Andrew Justin Marnell and One (1) United States Passport in |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 70: Bank documents |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 69: One (1) FedEx box in the name of Quicksilver, LLC |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 68: One (1) MacBook, Model A1286, Serial Number: W8016CXHAGU |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 67: One (1) Dell Latitude laptop, Serial Number: 6WM6NN2 |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 66: One (1) Lenovo YOGA laptop, Model Name: 80Y7, Serial Number: PF0YW75K |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 65: One (1) Dell Latitude laptop, Serial Number: 858BJM2 with power cord |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 64a: One (1) unknown digital device |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 64: Five (5) SanDisk USB sticks |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 62: One (1) black Apple watch with black band and charger |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 61: Out of state identification to include: Florida Drivers License L655-804-88-252-0 in the name of Tyler Daniel |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 59: One (1) gamer Storm tower, Serial Number: DC2016082400194 |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 56: Miscellaneous business documents to include bank documents, tax documents and business records. |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 55: Miscellaneous business documents |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 54: One (1) Lenovo ThinkCentre computer tower, Model Number: S17Y00, SeriaNumber: MJ06EL2N |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 52: One (1) blue Digipass GO 6 security token |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 51: One (1) white and blue PNY flash drive, 32GB |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 49: One (1) digital camera Coolpix L310 with SD card in Lowepro case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 46: Various cards to include: One (1) Florida Drivers License M640-010-84-219-0 in the name of Andre Joshua Merrill; One (1) Florida Drivers License M654-010-80-217-0 in the name of Andrew Justin Marnell; One (1) Alaska USA |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 45: One (1) iPhone 11 plus in black Spigen case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 44: Miscellaneous Documents |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 43: One (1) Aria "The Wedding Chapel" flash drive |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 42: One (1) iWatch, Serial Number: FHLQKEBCG9J8 in 42mm case without band |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 41: One (1) Anker external hard drive in mesh bag |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 40: One (1) Garmin, M/N: HRM-S33 with band |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 39: One (1) Royal Caribbean flash drive |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 35: W-2G Forms in white envelope |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 34: One (1) white and gold iPhone, Model A1533, IMEI: 357989057801980 in rubber case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 33: One (1) white "Very Kool" cell phone |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 28: Three (3) Pechanga players cards, One (1) Pechanga room key and multiple currency bands |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 27: One (1) Lenovo USB charger |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 26: One (1) iPhone charger |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 25: One (1) gray MacBook, Model A2251, Serial Number: C02CWHKFML7H |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 24: Payroll Protection Program signature page and 1099 for Xtractd LLC |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 23: Several casino related documents including W-2G Forms, in large manila envelope |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 18: One (1) black bag (contained uncounted cash) |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 17: One (1) iPad in Louis Vuitton case cover |

| | | |
|---|---|---|
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 14: Various pieces of mail |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 12: One (1) black bag (contained uncounted cash) |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 9: One (1) gray MacBook, Model A2179, Serial Number: C02CQ20MPV4M, in blue case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U)  Item 8: One (1) gray MacBook, Model A2251, Serial Number: C02CJBZMML7H |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 7: One (1) Lenovo Think Pad X1, Serial Number: R9-0QGLTR |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 6: One (1) grey iPhone in black Spigen phone case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 5: One (1) grey Samsung phone, IMEI: 352620111233028, in black Spigen phone case |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 4: One (1) grey Samsung phone, IMEI: 352620111356092 |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 2: Multiple gambling receipts from Harrah's Resort Southern California |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Item 1: Four (4) gambling receipts from Harrah's Resort Southern California |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. currency (29 x $100, 12 x $240, 1 x $5, 31 x $1) $3,176 (Item #32). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Five (5) mastercards, one (1) visa card, sixteen (16) player cards (Item #79). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. Currency (3 x $20, 1 x $5, 6 x $1) $71 (Item #75). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. Currency (2 x $100) $200 (Item #72). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Miscellaneous player cards and rewards (Item #63). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) One (1) (1 x $100) $100 (Item #60). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Debit and credit card (Item #58). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Casino chips in bag (4 x $0.50, 5 x $1.00, 10 x $2.50, 18 x $5.00) with U.S. Currency value of $122.00 ( (Item #57). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Four (4) cards; Sixt card, Visa debit card, CHIME Visa debit card, Gift card (Item #53). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash: U.S. Currency (2 x $10, 4 x $5, 11 x $1) $51.00 (Item #50). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) One (1) Rolex oyster perpetual datedust S/N 3341V2104 (Item #48). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) One (1) Rolex watch oyster perpetual datedust S/N LW576818 (Item #47). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Four (4) Visa cards; Visa WF ending in 6500, Visa US Alliance 2898, Visa WF ending 0755, Visa CHIME 7264 (Item |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) 20 gram scale-trace (Item #37). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Clear pipe-trace (Item #36). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. Currency (505 x $100) $50,500 (Item #31). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. Currency (100 x $20) $2,000.00 (Item #30). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Soft Debit Card (Item #29). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Casino chips with U.S. currency value of $1,550 (1 x $1000, 1 x $25, 1 x $500 ) (Item #20). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. currency $200,000 (2,000 x $100) (Item #19). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash; U.S. currency $0.50 (2 x $0.25) (Item #16A). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Casino chips with U.S. currency value of $22.50 (3 x $5, 3 x $2.50 ) (Item #16). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Black bag found in garbage can containing zploc bag with white powder substance (Item #15) - trace. |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Cash- U.S. Currency (632 x $100) $63,200 (Item #13). |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) White powder substance contained in several ziploc bags- suspected --- (Item #11). Weight w/o kpak 101.1 grams |
| 7/16/2020 | Search Warrant at 413 North Alfred Street, Los Angeles, CA 90048 | (U) Pipes w/ unknown substance residue-trace (Item # 10). |